UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDER RUMALDO LAINEZ FLOREZ,<br><br>              Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE,<br><br>              Respondent. | Case No.:  26-cv-669-JO-BJW<br><br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS [DKT. 1]** |

For the reasons stated in the Court's minute order [Dkt. 6], the Court GRANTS the habeas petition [Dkt. 1] and ORDERS as follows:

1. Within seven days (February 26, 2026), Respondents SHALL provide Petitioner with an individualized bond hearing before a neutral immigration judge where the government bears the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk that cannot reasonably be addressed by bond or conditional release. *See Singh v. Holder*, 638 F.3d 1196, 1203 (9th Cir. 2011). Respondents SHALL NOT deny Petitioner bond on the basis that 8 U.S.C. § 1225(b) requires or authorizes mandatory

1

detention. The immigration judge must consider Petitioner's financial circumstances and alternatives to bond as necessary in setting conditions of release. *See Hernandez v. Sessions*, 872 F.3d 976, 1000 (9th Cir. 2017).

2. If no hearing occurs by February 26, 2026, Respondents SHALL release Petitioner from custody by 5 p.m. on the eighth day (February 27, 2026).

3. Respondents shall file a declaration by 5 p.m. on March 2, 2026 (i) stating the results of any bond hearing conducted pursuant to this order; or (ii) if no bond hearing was conducted, confirming that Petitioner has been released.

4. Given Respondents' concession that Petitioner is entitled to a bond hearing to justify detention pursuant to 8 U.S.C. § 1226, Respondents are ENJOINED from redetaining Petitioner during the pendency of his removal proceedings without first providing a bond hearing as set forth above. *See Singh v. Holder*, 638 F.3d 1196, 1203–05 (9th Cir. 2011); *Hernandez*, 872 F.3d at 1000.

5. Respondents shall file a declaration attesting to full compliance with these obligations **48 hours prior** to any redetention of Petitioner.

**IT IS SO ORDERED.**

Dated: February 19, 2026

_____

Honorable Jinsook Ohta
United States District Judge

2

26-cv-669-JO-BJW